HON. THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR98-00382TSZ |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| WILLIE ALFRED TURNIPSEED, | |
| Defendant. | |

This matter has come before the Court on the Defendant's Motion for Early Termination of Supervised Release, docket no. 238, and the Court having reviewed the motion, and the records and files herein,

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that early termination of Mr. Turnipseed's supervised release is warranted by the conduct of Mr. Turnipseed and in the interests of justice;

IT IS FURTHER ORDERED that the term of supervised release for Mr. Turnipseed shall be terminated, effective immediately.

//

//

ORDER GRANTING MOTION
FOR EARLY TERMINATION
OF SUPERVISED RELEASE
(*Willie Alfred Turnipseed;* CR98-00382TSZ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

The Clerk of the Court is directed to send copies of this order to all counsel of record, and to the United States Probation Office.

IT IS SO ORDERED.

DONE this 23rd day of February, 2017.

Thomas S. Zilly
United States District Judge

Submitted by:

s/ *Jesse Cantor*
Assistant Federal Public Defender
Attorney for Willie A. Turnipseed

ORDER GRANTING MOTION
FOR EARLY TERMINATION
OF SUPERVISED RELEASE
(*Willie Alfred Turnipseed;* CR98-00382TSZ) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100